## NEW ORLEANS CITY PARK IMPROVEMENT ASSOCIATION *v.* DETIEGE ET AL.

No. 295.   Decided October 20, 1958.

*Ed J. de Verges* for appellant.

PER CURIAM.

The judgment is affirmed.

## MOUNTS *v.* WEST VIRGINIA.

No. 125, Misc.   Decided October 20, 1958.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.